STATE of Missouri, Respondent,

v.

**Steven Edward BURNS, Appellant.**

No. WD 71655.

Missouri Court of Appeals,
Western District.

April 12, 2011.

Ruth Sanders, Kansas City, MO, for Appellant.

John M. Reeves, Jefferson City, MO, for Respondent.

Before CYNTHIA L. MARTIN, P.J., JAMES EDWARD WELSH, and GARY D. WITT, JJ.

**ORDER**

PER CURIAM:

Steven Edward Burns appeals the circuit court's judgment convicting him of first-degree murder. We affirm. Rule 30.25(b).

■

STATE of Missouri, Respondent,

v.

**Antwoin Maurice CRAIG, Appellant.**

No. WD 71812.

Missouri Court of Appeals,
Western District.

April 12, 2011.

Shaun J. Mackelprang and John W. Grantham, Jefferson City, MO, for respondent.

Kent Denzel, Columbia, MO, for appellant.

Before Division One: THOMAS H. NEWTON, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

*ORDER*

PER CURIAM:

Antwoin Craig appeals his conviction following a jury trial of one count of first-degree burglary, for which he was sentenced as a persistent offender to fifteen years' imprisonment. On appeal, Craig challenges the sufficiency of the evidence and the trial court's verdict-directing instruction. We affirm. Rule 30.25(b).